UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-2777-MBB |
| ) | |
| DARASH SHAH, ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT PURSUANT TO FED. R. CRIM. P. 5(c)(3)

I, Mark W. Wilson, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one DARASH SHAH on an indictment issued by the United States District Court for the Northern District of Georgia on November 16, 2021, charging the defendant with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349; wire fraud, in violation of Title 18, United States Code, Section 1343; conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h); conducting monetary transactions over $10,000 in criminally derived property, in violation of Title 18, United States Code, Section 1957; and engaging in monetary transactions to conceal criminal activity, in violation of Title 18, United States Code, Section 1956(a). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Mark W. Wilson
Special Agent
Federal Bureau of Investigation

Electronically subscribed and sworn to telephonically before me this 18th day of November, 2021.

Marianne B. Bowler, USMJ
United States Magistrate Judge

AO 442 (12/85) Warrant for Arrest

NOV 17 '21 AM 9 51  USMS NGA

FID: 11356826

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

DARASH SHAH
**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:21-cr-0451
**UNDER SEAL**

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest DARASH SHAH and bring him or her forthwith to the nearest magistrate to answer a(n)

**X** Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Commit Wire Fraud

in violation of **Title 18, United States Code, Section(s) 1349**

KEVIN P. WEIMER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail Fixed at $_____

Clerk, U.S. District Court
Title of Issuing Officer

November 16, 2021 at Atlanta, Georgia
Date and Location

By:_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer